```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :      19cv8539 (DLC)
SOLOMON BAKER-PAUL,                      :
                                         :           ORDER
                     Plaintiff,          :
           -v-                           :
                                         :
ROBERT L. WILKIE and SECRETARY OF        :
VETERANS AFFAIRS,                        :
                                         :
                     Defendants.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This action was filed on September 13, 2019.  An Order dated January 10, 2020, scheduled an initial pretrial conference for May 8, 2020.  Accordingly, it is hereby

ORDERED that the May 8, 2020 conference shall be conducted by telephone at 11:00 a.m.  The parties shall use the following dial-in credentials for the telephone conference:

```
         Dial-in:       888-363-4749
         Access code:   4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline

if one is available.

    SO ORDERED:

Dated:    New York, New York
          April 27, 2020

                                  _____
                                    DENISE COTE
                            United States District Judge