```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 ----------------------------------------X
                                          :
 SOLOMON BAKER-PAUL,                      :
                                          :
                         Plaintiff,       :      19cv8539(DLC)
            -v-                           :
                                          :          ORDER
 ROBERT L. WILKIE and THE SECRETARY OF    :
 VETERANS AFFAIRS,                        :
                                          :
                         Defendants.      :
                                          :
 ----------------------------------------X
```

DENISE COTE, District Judge:

This action was filed on September 13, 2019.  An Order dated January 10, 2020, scheduled an initial pretrial conference for May 8, 2020 at 11:00 am.  An Order of April 27 converted the May 8 conference to a telephonic proceeding.  It is hereby

ORDERED that the May 8 conference will take place by Skype for Business videoconference.  To access the conference, paste the following link into your browser: https://meet.lync.com/fedcourts-nysd/anthony_sampson/09HLCQUU.

To use this link, you may need to download software to use Skype's videoconferencing features.[1]  Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above.  Users who

---

[1] See Microsoft, Install Skype for Business (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

do not have an Office 365 account may use the "Join as Guest" option.  When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins.  Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business.  For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2]  Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the conference audio using the following credentials:

Call-in number: 917-933-2166

---

[2] See, e.g., Microsoft, Skype for Business on Mac (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.

2

```
          Conference ID: 227300172

Dated:    New York, New York
          May 6, 2020
```

_____
DENISE COTE
United States District Judge