```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SOLOMON BAKER-PAUL,                     :
                                        :
                      Plaintiff,        :    19cv8539(DLC)
           -v-                          :
                                        :        ORDER
ROBERT L. WILKIE and THE SECRETARY OF   :
VETERANS AFFAIRS,                       :
                                        :
                      Defendants.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **September 2, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

SO ORDERED:

Dated:   New York, New York
         July 31, 2020

                                          _____
                                              DENISE COTE
                                          United States District Judge